**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No: 26-cv-03481-MJD-LIB**

EPIFANIO S.V.

Petitioner,

v

DAVID EASTERWOOD, ET AL,

Respondents.

**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO HOLD PROCEEDINGS IN ABEYANCE**

Upon consideration of Petitioner Epifanio S-V's Unopposed Motion to Hold Proceedings in Abeyance, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Petitioner's Unopposed Motion to Hold Proceedings in Abeyance **[Doc. 13]** is **GRANTED**.
2. All proceedings, deadlines, and hearings in this matter are held in **ABEYANCE** pending administrative action by the Department of Homeland Security.
3. The parties shall file a Joint Status Report within **thirty (30) days** of entry of this Order, or within **fourteen (14) days** of receiving notice of a decision on Petitioner's Application for Stay of Removal (Form I-246) or the Form I-

797 Receipt Notice for Petitioner's U-Nonimmigrant Status Petition (Form I-918), whichever occurs first.

Dated: August 19, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court