**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Epifanio S.V.,
Petitioner,

v.

David Easterwood, et al.,
Respondents.

**ORDER**
Civil No. 26-03481 (MJD/LIB)

---

Stephen A. Pegnam, Steven A. Lagana, Law Offices of Stephen A. Lagana, Lawrence, MA, Nicholas Ratkowski, Ratkowski Law, PLLC, Counsel for Petitioner. David W. Fuller, David R. Hackworthy, Assistant United States Attorneys, Counsel for Respondents.

---

The Court is in receipt of the October 22, 2026 joint update letter filed in this case. (Doc. 18.) The salutation reads, "Dear Judge Blackwell." The Court will not accept such sloppy work from attorneys who appear before it. Therefore, the Court rejects this filing.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. The letter currently filed at **[Doc. 18]** must be refiled with the correct salutation no later than Tuesday, October 27, 2026 at 12:00 noon central time; and

2. Counsel must file individual apology letters to the Court for this error no later than Tuesday, October 27, 2026 at 12:00 noon central time.

Dated: October 23, 2026

s/ Michael J. Davis
Michael J. Davis
United States District Court